United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, ET AL.,** | Case No.  15-cv-00224-YGR |
| Plaintiffs, | |
| v. | **ORDER SETTING COMPLIANCE HEARING** |
| **RLJ LODGING TRUST**, | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A compliance hearing regarding the parties' selection of a mediator shall be held on Friday, June 5, 2015 ,on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) joint statement identifying the parties' agreed-upon mediator and the date for the parties' mediation or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**