United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, ET AL.,** | **Case No.: 15-cv-00224 YGR** |
| **Plaintiffs,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| **vs.** | |
| **RLJ LODGING TRUST,** | |
| **Defendant.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from July 20, 2015 to **Monday, September 21, 2015** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

However, if settlement occurs, plaintiffs must immediately file an Administrative Motion pursuant to Local Rule 7-11 and request the setting of an earlier Case Management Conference.

The Court notes that the parties have now twice requested a continuance of this Case Management Conference to engage in settlement discussions. These discussions with the assistance of Judge Larson are encouraged to continue, but the Court will not entertain any further requests to continue this Case Management Conference for the purpose of settlement discussions.

**IT IS SO ORDERED.**

Dated July 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**