UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RLJ LODGING TRUST,**<br><br>Defendant. | **Case No.: 15-cv-00224 YGR**<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 14, 2015 at 2:00 p.m. |
| LAST DAY TO SEEK TO AMEND COMPLAINT TO SUBSTITUTE PLAINTIFF: | October 27, 2015 |
| DISCLOSURE OF CLASS CERTIFICATION EXPERTS (RETAINED/NON-RETAINED): | Opening: December 4, 2015<br>Rebuttal: January 8, 2016 |
| CLASS CERTIFICATION MOTION TO BE HEARD ON: | March 8, 2016 (filed by February 2, 2016) |
| EXPERT AND NON-EXPERT DISCOVERY CUTOFF: | May 20, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD ON: | July 12, 2016 (filed by June 7, 2016) |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, August 26, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 2, 2016 |
| PRETRIAL CONFERENCE: | September 16, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | October 11, 2016 at 8:30 a.m. for 5 days (Bench Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, August 26, 2016 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**