**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, *et al.*,**<br><br>        Plaintiffs,<br><br>    **vs.**<br><br>**RLJ LODGING TRUST,**<br><br>        Defendant. | Case No.: 15-CV-224 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 53 |

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, December 11, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than December 7, 2015, the parties shall file either (a) a motion for preliminary approval of class action settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

This Order terminates Docket No. 53.

**IT IS SO ORDERED**.

Date: November 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**